FILED

09/19/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0226

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0226

IN THE MATTER OF:

J.R.,

A Youth Under the Age of Eighteen.

**ORDER**

Upon consideration of the State's motion for a 30-day extension of time, and good cause appearing therefor,

IT IS HEREBY ORDERED that the Appellee is granted an extension of time to and including October 26, 2023, within which to prepare, file, and serve the State's response brief.

**CH**

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 19 2023